**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 1:26-CV-23806**

NORMA O. GAZONNI,

        Plaintiff,

   v.

MODANI HOLDINGS LLC., a
Foreign Limited Liability Company
D/B/A MODANI

        Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Modani Holdings LLC d/b/a Modani, under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, hereby moves the Court for an extension of time—through July 24, 2026—to answer or otherwise respond to Plaintiff Norma O. Gazonni complaint.  In support of this motion, Modani states as follows:

1.     Plaintiff filed her complaint on May 30, 2026. ECF No. 1. Plaintiff served the summons and complaint on June 3, 2026, making Modani's deadline to respond to the complaint June 24, 2026. ECF No. 7.

2.     Modani now moves the court to extend the responsive pleading deadline to July 24, 2026.

3.     Modani and its counsel are still in the process of investigating Plaintiff's allegations but need additional time to review Plaintiff's complaint and assess, among other things, the validity and sufficiency of Plaintiff's claims, defenses to liability, whether early motion practice is warranted, and to prepare an appropriate responsive pleading. That is

especially true given that the undersigned counsel is preparing for an upcoming arbitration trial, traveling for other matters, and tending to family during the intervening July 4 holiday.

4.      This is Modani's first request for an extension in this Court, and no prejudice will result from granting it. This request is also made for good cause for the reasons set forth herein, and is not made to delay.

5.      Rule 6(b) of the Federal Rules of Civil Procedure vests this Court with the discretion to grant this extension.  Fed. R. Civ. P. 6(b); *see also Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (explaining that extensions "should be liberally granted absent a showing of bad faith . . . or undue prejudice.") (cleaned up).

6.      On June 15, 2026, Modani's counsel conferred with Plaintiff's counsel via e-mail per Local Civil Rule 7.1(a)(3).  Plaintiff's counsel stated Plaintiff does not oppose the requested extension.

7.      A proposed order is filed with this motion.

Accordingly, Modani asks that the Court grant this motion and allow it through and including July 24, 2026, to respond to Plaintiff's Complaint.

DATED:  June 17, 2026

**WATSTEIN TEREPKA LLP**

/s/ *Matthew A. Keilson*
Matthew A. Keilson
FBN: 1002294
218 Northwest 24th Street, 3rd Floor
Miami, FL 33127
Telephone: 404-782-0695
Facsimile: 404-418-8307

*Counsel for Defendant Modani Holdings LLC
d/b/a Modani*

2

## LOCAL RULE 7.1 CERTIFICATION

According to Local Rule 7.1(a)(3), I hereby certify that on June 15, 2026, I conferred in good faith with counsel for Plaintiff via email.  Plaintiff does not oppose the relief sought herein. No other parties or non-parties will be affected by the relief sought in this motion.

*/s/ Matthew A. Keilson*
Matthew A. Keilson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system and will serve via email on:

Lorena Brasil
Brasil & Brasil, P.A.
500 E. Broward Blvd. Suite 900
Fort Lauderdale, FL 33394
contact@bblawfirm.com

*/s/ Matthew A. Keilson*
Matthew A. Keilson